AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| JOAN RELYEA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:11-cv-866 |
| ZIMMER, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zimmer Inc., Zimmer Holdings, Inc., Zimmer Tri-State, and Zimmer Orthopaedic Surgical Products, Inc.

Date: 08/03/2011

*Attorney's signature*

Phoebe Wilkinson, Bar Roll No. 517041
*Printed name and bar number*

CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY 10112
*Address*

pwilkinson@chadbourne.com
*E-mail address*

(212) 408-1157
*Telephone number*

(646) 710-1157
*FAX number*