**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOAN RELYEA,<br><br>                        Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS,<br>INC.; ZIMMER TRI-STATE; ZIMMER<br>TRI-STATE d/b/a TRI-STATE<br>ORTHOPEDIC; ZIMMER TRI-STATE<br>d/b/a ZIMMER, INC., ZIMMER<br>ORTHOPAEDIC SURGICAL<br>PRODUCTS, INC.,<br><br>                        Defendants. | Case No. 11-866 (TJM) (DEP) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Zimmer

Orthopaedic Surgical Products, Inc., states it is a wholly-owned subsidiary of Zimmer, Inc.

Zimmer, Inc., is a wholly-owned subsidiary of Zimmer Holdings, Inc., which is a publicly held

corporation.  No other publicly held corporation owns 10% or more of Zimmer Orthopaedic

Surgical Products, Inc.

DATED:  August 5, 2011          Respectfully submitted,

                                /s/ Phoebe A. Wilkinson
                                Phoebe A. Wilkinson, Bar Roll No. 517041
                                CHADBOURNE & PARKE LLP
                                30 Rockefeller Plaza
                                New York, NY  10112
                                Telephone:  (212) 408-1157
                                Facsimile:   (646) 710-1157
                                pwilkinson@chadbourne.com

                                Attorneys for the defendants, Zimmer, Inc., Zimmer
                                Holdings, Inc., Orthopaedic Technologies, LLC,
                                d/b/a Zimmer Tri-State (incorrectly named as (1)
                                Zimmer Tri-State, d/b/a Tri-State Orthopaedic, and
                                (2) Zimmer Tri-State, d/b/a Zimmer, Inc.), and
                                Zimmer Orthopaedic Surgical Products, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 5th day of August, 2011, upon the following counsel of record:

> Ari Kresch
> Attorney For Plaintiff
> 24100 Southfield Road, #305
> Southfield, MI  48075

/s/ Phoebe A. Wilkinson