UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN RELYEA,<br><br>         Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; ZIMMER TRI-STATE; ZIMMER TRI-STATE d/b/a TRI-STATE ORTHOPEDIC; ZIMMER TRI-STATE d/b/a ZIMMER, INC., ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>         Defendants. | Case No. 11-866 (TJM) (DEP) |

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Zimmer, Inc., states that it is a wholly-owned subsidiary of Zimmer Holdings, Inc., a publicly held corporation.  No other publicly held company owns 10% or more of Zimmer, Inc.

DATED:  August 5, 2011    Respectfully submitted,

               /s/ Phoebe A. Wilkinson
               Phoebe A. Wilkinson, Bar Roll No. 517041
               CHADBOURNE & PARKE, LLP
               30 Rockefeller Plaza
               New York, NY  10112
               Telephone:  (212) 408-1157
               Facsimile:  (646) 710-1157
               pwilkinson@chadbourne.com

               Attorneys for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State, d/b/a Tri-State Orthopaedic, and (2) Zimmer Tri-State, d/b/a Zimmer, Inc.), and Zimmer Orthopaedic Surgical Products, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 5th day of August, 2011, upon the following counsel of record:

>Ari Kresch
>Attorney For Plaintiff
>24100 Southfield Road, #305
>Southfield, MI  48075

>/s/ Phoebe A. Wilkinson