**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOAN RELYEA,<br><br>                      Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS,<br>INC.; ZIMMER TRI-STATE; ZIMMER<br>TRI-STATE d/b/a TRI-STATE<br>ORTHOPEDIC; ZIMMER TRI-STATE<br>d/b/a ZIMMER, INC., ZIMMER<br>ORTHOPAEDIC SURGICAL<br>PRODUCTS, INC.,<br><br>                      Defendants. | Case No. 11-866 (TJM) (DEP) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Zimmer

Holdings, Inc., states that it is a publicly held corporation and no other publicly held company

owns 10% or more of Zimmer Holdings, Inc., stock.

DATED:  August 5, 2011          Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson, Bar Roll No. 517041
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-1157
Facsimile:  (646) 710-1157
pwilkinson@chadbourne.com

Attorneys for the defendants, Zimmer, Inc., Zimmer
Holdings, Inc., Orthopaedic Technologies, LLC,
d/b/a Zimmer Tri-State (incorrectly named as (1)
Zimmer Tri-State, d/b/a Tri-State Orthopaedic, and
(2) Zimmer Tri-State, d/b/a Zimmer, Inc.), and
Zimmer Orthopaedic Surgical Products, Inc.

2

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

2

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has

been served via the Court's electronic filing system on the 5th day of August, 2011, upon the

following counsel of record:

> Ari Kresch
> Attorney For Plaintiff
> 24100 Southfield Road, #305
> Southfield, MI  48075


/s/ Phoebe A. Wilkinson

3