UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN RELYEA,<br><br>                    Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; ZIMMER TRI-STATE; ZIMMER TRI-STATE d/b/a TRI-STATE ORTHOPEDIC; ZIMMER TRI-STATE d/b/a ZIMMER, INC., ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>                    Defendants. | Case No. 11-866 (TJM) (DEP)<br><br>Hon. David Peebles |

**AFFIDAVIT OF PHOEBE A. WILKINSON IN SUPPORT OF ZIMMER'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION TO STAY PROCEEDINGS PENDING OUTCOME OF MULTIDISTRICT LITIGATION HEARING**

I, Phoebe A. Wilkinson, state as follows:

1.  I am an attorney with the law firm of Chadbourne & Park LLP, counsel of record for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State, d/b/a Tri-State Orthopaedic and (2) Zimmer Tri-State, d/b/a Zimmer, Inc.), and Zimmer Orthopaedic Surgical Products, Inc. ("Zimmer"), in the above entitled action. I have personal knowledge of the matters stated herein and could competently testify to them.

2.  A true and accurate copy of the Brief Of Zimmer Entities In Opposition To Plaintiff Fred Stone's Motion For Consolidation And Transfer Of Actions To The Northern District Of Illinois Or Another More Appropriate Jurisdiction is attached as Exhibit A.

2

      I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 5, 2011.


                s/ *Phoebe A. Wilkinson*