

# Kresch/Oliver

Ari Kresch
(248) 327 6556
notifications@krescholiver.com

August 11, 2011

<u>VIA CM/ECF</u>

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE, Room G-255, North Lobby
Thurgood Marshall Federal Judiciary Building
Washington, D.C. 20002-8004

Re: <u>Joan Relyea v. Zimmer, Inc., et al.</u>
U.S. District Court, Northern District of New York,
Case No. 5:11-cv-00866
Zimmer NexGen Knee Implant Products Liability Litigation, MDL
Docket No. 2272

Dear Clerk of the Panel:

Plaintiff in the above referenced matter has initiated a Zimmer NexGen Knee Implant Products Liability Litigation action. Pursuant to MDL Rule 7.5(c), counsel for Plaintiff informs the Judicial Panel on Multidistrict Litigation ("the panel") of the existence of a "tag-along" this knee replacement case currently pending in the United States District Court Northern District of New York. Pursuant to Rules 7.4(a) and 7.5(b) of the Panel's Rules of Procedure, the panel is authorized to enter a conditional transfer order or file an order to show cause why this action should not be transferred.

Plaintiff's Notice of Tag-Along Action is being filed with the U.S. District Court for the Northern District of New York. The notice is being served upon the parties. Thank you for your attention to this matter. Please feel free to contact me at the number listed above if you have any questions or require additional information.

Respectfully Submitted,

Ari Kresch, Esq.

AK/MMS
Attachments