ADR

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 4.2]
### (Syracuse)
### CIVIL DOCKET FOR CASE #: 5:11-cv-00866-TJM-DEP

Relyea v. Zimmer, Inc. et al
Assigned to: Senior Judge Thomas J. McAvoy
Referred to: Magistrate Judge David E. Peebles
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/25/2011
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joan Relyea**         represented by **Ari Kresch**
Kresch Oliver
Suite 100
24100 Southfield Road
Southfield, MI 48075
248-327-6556
Fax: 248-436-3385
Email: akresch@1800lawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zimmer, Inc.**         represented by **Phoebe A. Wilkinson**
Chadbourne, Parke Law Firm - NY Office
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
Fax: 212-541-5369
Email: pwilkinson@chadbourne.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zimmer Holdings, Inc.**         represented by **Phoebe A. Wilkinson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zimmer Tri-State**         represented by **Phoebe A. Wilkinson**
*doing business as*              (See above for address)
Tri-State Orthopedic              *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

**Zimmer Tri-State**  represented by **Phoebe A. Wilkinson**
*doing business as*  (See above for address)
Zimmer, Inc.  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Zimmer Orthopaedic Surgical**  represented by **Phoebe A. Wilkinson**
**Products, Inc.**  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Defendant**

**Zimmer Tri-State**  represented by **Phoebe A. Wilkinson**
  (See above for address)
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2011 | 1 | COMPLAINT against Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., Zimmer Tri-State, Zimmer Tri-State d/b/a Tri-State Orthopedic, Zimmer Tri-State d/b/a Zimmer, Inc. and Zimmer, Inc. (Filing fee $350 receipt number 1921287) filed by Joan Relyea. (Attachments: # 1 Civil Cover Sheet) (dpk) (Entered: 07/26/2011) |
| 07/25/2011 | 2 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 12/1/2011 at 9:30 AM in Syracuse before Magistrate Judge David E. Peebles. Civil Case Management Plan due by 11/17/2011. (dpk) (Entered: 07/26/2011) |
| 07/25/2011 | 3 | Summons Issued as to Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., Zimmer Tri-State, Zimmer Tri-State d/b/a Tri-State Orthopaedic, Zimmer Tri-State d/b/a Zimmer, Inc. and Zimmer, Inc. (Attachments: # 1 Summons Issued as to Zimmer, Inc., # 2 Summons Issued as to Zimmer Orthopaedic Surgical Products, Inc., # 3 Summons Issued as to Zimmer Tri-State, # 4 Summons Issued as to Zimmer Tri-State d/b/a Tri-State Orthopaedic, # 5 Summons Issued as to Zimmer Tri-State d/b/a Zimmer, Inc.) (dpk) (Entered: 07/26/2011) |
| 08/03/2011 | 4 | MOTION to Stay *Proceedings Pending Outcome of Joint Panel on Multi-District Litigation Hearing* filed by Joan Relyea. (Attachments: # 1 Exhibit(s) A) Motions referred to David E. Peebles. (Kresch, Ari) (Entered: 08/03/2011) |
| 08/04/2011 |  | TEXT NOTICE regarding Motion 4 to Stay *Proceedings Pending Outcome of Joint Panel on Multi-District Litigation Hearing* : Response to Motion due by 8/5/2011. (Chambers advised defendants' counsel, who will be filing a notice of appearance shortly, by phone that the response is due by 8/5/11) (sal, ) (Entered: 08/04/2011) |

| 08/05/2011 | 5 | NOTICE of Appearance by Phoebe A. Wilkinson on behalf of All Defendants (Wilkinson, Phoebe) (Entered: 08/05/2011) |
|---|---|---|
| 08/05/2011 | 6 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Zimmer Orthopaedic Surgical Products, Inc.. (Wilkinson, Phoebe) (Entered: 08/05/2011) |
| 08/05/2011 | 7 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Zimmer, Inc.. (Wilkinson, Phoebe) (Entered: 08/05/2011) |
| 08/05/2011 | 8 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Zimmer Holdings, Inc.. (Wilkinson, Phoebe) (Entered: 08/05/2011) |
| 08/05/2011 | 9 | FRCP 7.1 CORPORATE DISCLOSURE STATEMENT by Zimmer Tri-State. (Wilkinson, Phoebe) (Entered: 08/05/2011) |
| 08/05/2011 | 10 | RESPONSE to Motion re 4 MOTION to Stay *Proceedings Pending Outcome of Joint Panel on Multi-District Litigation Hearing* filed by Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., Zimmer Tri-State, Zimmer, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit(s))(Wilkinson, Phoebe) (Entered: 08/05/2011) |
| 08/08/2011 | | TEXT ORDER denying 4 Motion to Stay, without prejudice, with leave to renew if there is a change in circumstances. Authorized by Magistrate Judge David E. Peebles on 8/8/11. (sal, ) (Entered: 08/08/2011) |
| 08/09/2011 | 11 | STATUS REPORT *MDL Transfer Order* by Joan Relyea. (Kresch, Ari) (Entered: 08/09/2011) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 08/11/2011 10:06:47 ||||
| PACER Login: | ol0081 | Client Code: | KOP |
| Description: | Docket Report | Search Criteria: | 5:11-cv-00866-TJM-DEP |
| Billable Pages: | 3 | Cost: | 0.24 |