UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN RELYEA,<br><br>                              Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; ZIMMER TRI-STATE; ZIMMER TRI-STATE d/b/a TRI-STATE ORTHOPEDIC; ZIMMER TRI-STATE d/b/a ZIMMER, INC., ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>                              Defendants. | CIVIL ACTION NO: 5:11-cv-00866<br>(TJM) (DEP) |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Zimmer Tri-State ("Zimmer Tri-State"), states that it is not a publicly held corporation and no publicly held company owns 10% or more of Zimmer Tri-State stock.

DATED:  August 22, 2011

Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson, Bar Roll No. 517041
CHADBOURNE & PARKE, LLP
30 Rockefeller Plaza
New York, NY  10112
Telephone:  (212) 408-1157
Facsimile:  (646) 710-1157
pwilkinson@chadbourne.com

Attorneys for the defendants, Zimmer, Inc., Zimmer Holdings, Inc., Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State, d/b/a Tri-State Orthopaedic, and (2) Zimmer Tri-State, d/b/a Zimmer, Inc.), and Zimmer Orthopaedic Surgical Products, Inc.

Of Counsel:

Andrea Roberts Pierson, Atty. No. 18435-49-A
Haroon Anwar, Atty. No. 29135-5310
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@bakerd.com
haroon.anwar@bakerd.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT has been served via the Court's electronic filing system on the 22nd day of August, 2011, upon the following counsel of record:

>Ari Kresch
>Attorney For Plaintiff
>24100 Southfield Road, #305
>Southfield, MI  48075

>/s/ Phoebe A. Wilkinson